NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

_____

**GALE FLETCHER ANDERSON,**
*Petitioner,*

**v.**

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent.*

_____

2013-3051

_____

Petition for review of the Merit Systems Protection Board in case no. DC844E120086-I-1.

_____

**ON MOTION**

_____

**O R D E R**

Gale Anderson moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

GALE ANDERSON v. OPM                                                      2

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

s24